IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | CRIMINAL NO. |
| BRUCE LEONARD OXNER, | ) | 95-00062-CB |
| Defendant. | ) | |

**ORDER**

On June 22, 2016, a Motion to Vacate Sentence Under 28 U.S.C. § 2255 (Doc. 75) was filed by the Defendant in the above-referenced matter.  The Government is **ORDERED** to file a response to this motion on or before **August 8, 2016**.  The Defendant shall file any reply thereto on or before **August 22, 2016**.

**DONE** this the 22nd day of June, 2016.

s/ *Charles R. Butler, Jr.*
**Senior United States District Judge**